# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TODD D. HARRISON, | : | |
| Plaintiff, | : | |
| | | Case No. 3:14cv00142 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on December 9, 2015 (Doc. #15) is ADOPTED in full;

2. The ALJ's non-disability decision is affirmed in part to the extent she concluded that Plaintiff was not under a disability from June 1, 2009 until January 30, 2012;

3. The ALJ's non-disability decision is reversed in remaining part, and this matter is REMANDED to the Social Security Administration for payment

       of benefits consistent with the Social Security Act and with a disability onset date of January 31, 2012; and

4.     The case is terminated on the docket of this Court.

December 29, 2015                                                *s/Thomas M. Rose

                                                                       _____
                                                                           Thomas M. Rose
                                                               United States District Judge